Country-Wide Insurance Company, Plaintiff-Respondent, 
against
Yao Jian Ping, Defendant-Appellant.



Defendant appeals from an order of the Civil Court of the City of New York, New York County (Mary V. Rosado, J.), dated June 13, 2018, which denied his motion to dismiss the action and for related relief.




Per Curiam.
Order (Mary V. Rosado), dated June 13, 2018, affirmed, with $10 costs.
This action, seeking a de novo adjudication of a no-fault insurance claim following a master arbitrator's award in excess of $5,000 (see Insurance Law § 5106[c]), was properly commenced in Civil Court, since the amount in dispute did not exceed $25,000 (see CCA 212-a; Imperium Ins. Co. v Innovative Chiropractic Servs., P.C., 43 Misc 3d 137[A], 2014 NY Slip Op 50697[U] [App Term, 1st Dept 2014]; Brooks v Rivera, 40 Misc 3d 133[A], 2013 NY Slip Op 51191[U] [App Term, 1st Dept 2013]).
In light of our disposition, defendant's remaining argument has been rendered academic.
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: February 13, 2019